# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>PHILIP RODAKIS,<br>RODAKIS GENERAL PARTNERSHIP,<br>AND PDR ENTERPRISES, INC.<br><br>Debtors. | Chapter 7<br><br>Case No. 2:06-bk-04123-SSC, et al.<br><br>(Substantively Consolidated)<br><br>(Not for Publication- Electronic Docketing ONLY)<br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED MARCH 30, 2009 |

Based upon this Court's Memorandum Decision dated March 30, 2009 which is incorporated herein by reference:

The Court finds that Ms. Rodakis is entitled to an administrative expense claim under 11 U.S.C. § 503(a). The Trustee does not allege that the request was untimely filed. The Court also concludes that Ms. Rodakis has set forth an appropriate expense under 11 U.S.C. § 503(b)(3)(A) and, as a result, that she is entitled to reasonable compensation under Section 503(b)(4). Her requested relief under 11 U.S.C. §§ 503 (b)(1)A), (b)(3)(B) and (b)(3)(D) is denied.

IT IS ORDERED that the Motion is granted, in part, and denied, in part. Ms. Rodakis shall have a Chapter 11 administrative expense of $1,039 for the filing of the Partnership involuntary case. Her Counsel shall also be allowed, as a Chapter 11 administrative expense claim, the amount of $1,650 for the attorneys' fees incurred by it is representing Ms.

1

Rodakis in these consolidated cases. Since Counsel has avowed that the firm advanced the filing fee on behalf of the client, the aggregate amount of $2,689 shall be allowed as a Chapter 11 administrative expense claim, which shall be paid to Ms. Rodakis' counsel, when, and if, there are sufficient funds in the consolidated estates that payment will not prejudice claimants of equal or higher priority.

DATED this 30rd day of March, 2009

*[signature]*

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

2